UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
TARA MAPES,

              Plaintiff,

       -v-

TABOOLA, INC.,

              Defendant.
```

26-cv-234 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

Before the Court is the motion of plaintiff Tara Mapes for a preliminary injunction against defendant Taboola, Inc. See ECF No. 20. Plaintiff, a professional photographer, alleges that Taboola, an online advertising and content-recommendation platform, infringed her copyright in several images by displaying advertisements from its advertising partner, AliExpress, that contained unauthorized copies of her images. See generally First Am. Compl., ECF No. 12. Plaintiff seeks a preliminary injunction that would enjoin defendant from displaying advertisements placed by AliExpress that incorporate or display her copyrighted works and that would require defendant to suspend entirely the placement of advertisements from AliExpress until it implements additional safeguards. See ECF No. 20 at 1.

After considering the briefs submitted by the parties and holding oral argument on the motion on March 13, 2026, the Court concludes that Mapes has not met her burden to show that she is entitled to a preliminary injunction.

1

Accordingly, the motion for a preliminary injunction is hereby denied. An opinion setting forth the reasons for this decision will issue in due course. The Clerk is respectfully directed to close the motion at ECF No. 20.

SO ORDERED.

New York, NY
March 16, 2026

_____
JED S. RAKOFF, U.S.D.J.